1  **LAW OFFICE OF WAZHMA MOJADDIDI**
   **WAZHMA MOJADDIDI (SBN 226804)**
2  7112 Agora Way
   El Dorado Hills , CA 95762
3  Telephone: (916) 939-7357
   Facsimile:  (916) 939-2721
4
   Attorney for Plaintiff
5  SADIQ MOHIUDDIN

6
                    **UNITED STATES DISTRICT COURT**
7
                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**
8
   SADIQ MOHIUDDIN              )   Case No.: CIV. NO. S-07-2766 LKK
9                                )
              Plaintiff,         )   **PLAINTIFF'S REQUEST TO CONTINUE**
10                               )   **STATUS CONFERENCE AND  ORDER**
                                 )
11                               )
        vs.                      )
12                               )
   SUSAN CURDA, ET AL.,          )
13                               )
              Defendants.
14
15
        Plaintiff, by and through his undersigned counsel, hereby respectfully requests the court
16
   to continue the Status Conference that is currently scheduled for March 3, 2008 at 11:30AM
17
   before Judge Karlton in Courtroom 4.
18
        Plaintiff filed his Complaint on December 27, 2007.  The Summons was issued on the
19
   same date, December 27, 2007.  Thereafter, Plaintiff has served the summons and complaint on
20
   all defendants in this matter through certified mail.  All four Defendants were served between
21
   January 14, 2008 and January 28, 2008.
22
        Since the Defendants have 60 days from service of the summons and complaint to file a
23
   responsive pleading, the last responsive pleading could be filed as late as March 28, 2008.  Tbe
24
   status conference set for March 3, 2008 should be continued to allow all of the defendants to file
25
   responsive pleadings and to file their Status Reports.

              PLAINTIFF'S REQUEST TO CONTINUE STATUS CONFERENCE

1  Therefore, Plaintiff requests that a status conference be set for at least 60 days from the
2  date of the currently set conference of March 3, 2008.

3

4  Dated:  February 26, 2008                    Respectfully submitted,

5

6
                                                    /s/ Wazhma Mojaddidi
7                                                   WAZHMA MOJADDIDI
                                                    Attorney for Plaintiff
8

9

10  The status conference currently set for March 3, 2008 is continued to May 5, 2008 at
11  2:30 p.m.  The parties shall file their status reports ten (10) days prior to the new status
12  conference date.

13  **IT IS SO ORDERED.**

14  **Dated:  February 27, 2008.**

15

16  _____
    LAWRENCE K. KARLTON
17  SENIOR JUDGE
    UNITED STATES DISTRICT COURT