McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADIQ MOHIUDDIN, | No. 07-CV-S-2766 LKK KJM |
| Plaintiff, | JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |
| v. | |
| Michael Chertoff, Secretary of Homeland Security, et al. | |
| Defendants. | |

    This is an immigration case in which plaintiff has challenged a delay in the adjudication of his application for naturalization by U.S. Citizenship and Immigration Services (CIS). The parties respectfully inform the Court that due to confusion over service upon the Office of the U.S. Attorney, counsel for the government did not become aware of the pending lawsuit until March 25, 2008. Upon learning of the pending lawsuit, counsel for government has taken steps to attempt an administrative resolution to the matter. To this extent, the government requests an additional 60 days to file an answer to the complaint; counsel for plaintiff does not oppose this request.

    The parties therefore stipulate that the time for filing the government's answer be extended to June 13, 2008, and that the status conference, currently set for May 5, 2008, be postponed until sometime after the new answer date.

Dated: April 15, 2008

McGREGOR W. SCOTT
United States Attorney

-1-

By:   /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By:   /s/ Wazhma Aziza Mojaddidi
Wazhma Aziza Mojaddidi
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on June 13, 2008, and the status conference is reset to June 16, 2008 at 2:30 p.m..

IT IS SO ORDERED.

DATED: April 22, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT