McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADIQ MOHIUDDIN, | No. 07-CV-S-2766 LKK KJM |
| Plaintiff, | JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |
| v. | |
| Michael Chertoff, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged a delay in the adjudication of his application for naturalization by U.S. Citizenship and Immigration Services (CIS). The partes have previously stipulated to one extension of time for the government to file its answer, until June 13, 2008. The parties respectfully inform the Court that they continue to work toward an administrative resolution to the matter. To this extent, the government requests an additional 60 days to file an answer to the complaint; counsel for plaintiff does not oppose this request.

The parties therefore stipulate that the time for filing the government's answer be extended to August 13, 2008, and that the status conference, currently set for June 16, 2008, be postponed until sometime after the new answer date.

-1-

Dated: June 10, 2008

            McGREGOR W. SCOTT
            United States Attorney

        By: /s/Audrey Hemesath
           Audrey B. Hemesath
           Assistant U.S. Attorney
           Attorneys for the Defendants

        By: /s/ Wazhma Aziza Mojaddidi
           Wazhma Aziza Mojaddidi
           Attorney for the Plaintiff

<u>ORDER</u>

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on August 13, 2008, and the status conference is reset to September 15, 2008 at 10:00 a.m. No further extensions of time will be granted.

IT IS SO ORDERED.

DATED:   June 11, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT