McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADIQ MOHIUDDIN, <br><br> Plaintiff, <br><br> v. <br><br> Michael Chertoff, Secretary of Homeland Security, et al. <br><br> Defendants. | No. 07-CV-S-2766 LKK KJM <br><br> JOINT STIPULATION AND ORDER RE: DISMISSAL |

This is an immigration case in which plaintiff has challenged a delay in the adjudication of his application for naturalization by U.S. Citizenship and Immigration Services (CIS). The parties respectfully inform the Court that Mr. Mohiuddin's application has been adjudicated favorably and he is scheduled to appear at the July 2, 2008 oath ceremony.

Dated: June 25, 2008

McGREGOR W. SCOTT
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Wazhma Aziza Mojaddidi
Wazhma Aziza Mojaddidi
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED the matter is dismissed as moot.

IT IS SO ORDERED.

DATED: June 25, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT